IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 8:22-cv-01028-TDC |
| SHAWN R. JONES, et al., | * | |
| Defendants. | * | |

*************************************************************************

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant Shawn R. Jones.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 27, 2022 | /s/ Gerald W. Kelly, Jr. |
| *Date* | *Signature of Counsel* |
| | |
| | Gerald W. Kelly, Jr.          13836 |
| | *Print Name*          *Bar Number* |
| | |
| | Kelly | Dorsey, P.C. |
| | *Firm Name* |
| | |
| | 10320 Little Patuxent Parkway, Suite 608 |
| | *Address* |
| | |
| | Columbia/ MD/ 21044 |
| | *City/State/Zip* |
| | |
| | 410-740-8750 |
| | *Phone No.* |
| | |
| | 443-542-0069 |
| | *Fax No.* |
| | |
| | gkelly@kellydorseylaw.com |
| | *Email Address* |